UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

KAREEM OCTAVE                                         CIVIL ACTION NO. _____

VERSUS                                                JUDGE _____

M/V GREAT MIND AND PCS NITROGEN
FERTILIZER, L.P.                                      MAGISTRATE _____

## COMPLAINT

**COMES NOW,** through undersigned counsel, plaintiff **KAREEM OCTAVE**, a citizen of the United States and of full age of majority, domiciled and residing in St. James Parish, Louisiana, and for his complaint in this civil action for damages against the defendants, respectfully represents to this Honorable Court as follows:

### PARTIES, JURISDICTION & VENUE

1.

The petitioner, **KAREEM OCTAVE** (hereinafter "Petitioner"), brings this suit in this District Court under general maritime law, and under maritime and admiralty jurisdiction, Title 28 U.S.C. §1333; this cause is further grounded in 33 U.S.C. §905(b) and 33 U.S.C. §933, as this suit raises questions of general maritime law specifically including the Longshore and Harbor Workers Compensation Act.

2.

Named as defendants herein are the following:

A. **M/V GREAT MIND,** upon information and belief, a 200+ foot foreign freight vessel, the owner/charterer of which is currently unknown.

B. **PCS NITROGEN FERTILIZER, L.P.,** upon information and belief, a foreign limited partnership whose principal place of business is in Geismar, Louisiana.

## VENUE

3.

Pursuant to 28 U.S.C. §1391(c), venue is proper in this judicial district as one or more of the defendants are either incorporated, licensed to do business, or are doing business within this judicial district, namely, the Parish of Ascension, State of Louisiana.

## FACTUAL ALLEGATIONS

4.

At all pertinent times, specifically including the date of the subject accident, September 22, 2013, Petitioner **KAREEM OCTAVE** was employed as an Equipment Operator with Turner Industries, Inc.

5.

On September 22, 2013, at approximately 11:00 p.m., petitioner was attempting to exit a dark chamber/stairwell existing on the **M/V GREAT MIND,** said vessel being under the operational control of defendant, **PCS NITROGEN FERTILIZER, L.P.,** which defendant was in charge of offloading the defendant vessel at its facility in Geismar, Louisiana. At that time, while attempting to exit the dark stairwell, petitioner fell backward due to inadequate lighting and other factors, resulting in immediate and debilitating injury to his lumbar spine.

6.

Petitioner avers that the ship owner of the defendant vessel, **M/V GREAT MIND,** failed to exercise its duty of reasonable care owed to **KAREEM OCTAVE** in one or more of the following ways:

a. Failing to have the ship and its equipment in such condition that petitioner could reasonably carry out his duties with reasonable safety to his person;

b. Failure to warn **KAREEM OCTAVE**, his employer, or any of those in charge of the offloading operations, of hazards associated with the ship, specifically including but not limited to, the dark chamber/stairwell encountered by petitioner, as well as the configuration/design of the stairwell, as this condition was either known to the vessel or should have been known in the exercise of reasonable care.

c. Other acts of fault and negligence to be determined through the course of discovery and proven at the trial of this matter.

7.

Petitioner avers that defendant, **PCS NITROGEN FERTILIZER, L.P.,** exercised operational control over the defendant vessel at the time of the subject accident, and was negligent in one or more of the following ways:

a. Failure to maintain a reasonably safe place to work for individuals such as **KAREEM OCTAVE**;

b. Failure to warn of the unreasonably dangerous condition encountered by **KAREE OCTAVE**;

c. Failure to provide adequate lighting in dark chambers of the vessel;

d.  Failure to properly train and supervise employees and invitees aboard the vessel; and,

e.  Other acts of fault and negligence to be determined through the course of discovery and proven at the trial of this matter.

7.

At all pertinent times, Petitioner was exercising reasonable care and performing his duties and operations as an Equipment Operator in a prudent and careful manner, and no further actions could have been taken by Petitioner under the circumstances in order to prevent the accident in question.

## DAMAGES SUFFERED

8.

As a result of the September 22, 2013 accident in question, Petitioner suffered severe and debilitating personal injuries, specifically including, but not limited to injuries to his cervical and lumbar spine for which he has sought extensive treatment with orthopedic surgeon, Dr. Paul Fenn and physical medicine and rehabilitation specialist, Dr. Jeremy Comeaux. Petitioner has undergone an invasive epidural steroid injection and has had several months of physical therapy and has further suffered damages in the form of past and future physical pain and suffering, past and future mental anguish and distress, past and future loss of enjoyment of life, residual disability, disfigurement and scarring, past and future medical expenses, past and future lost earnings and loss of income earning capacity, and such items of damages as may be proved at the trial of this matter.

9.

**WHEREFORE**, Petitioner prays that after due proceedings are had, there be judgment in favor of Petitioner, **KAREEM OCTAVE** and against defendants, **M/V GREAT MIND (and/or its owner/charterer at the time of the subject accident, the current identity of whom is unknown at this time),** and **PCS NITROGEN FERTILIZER, L.P.,** *in solido,* for compensatory damages and all other relief allowed by law as may be reasonable in the premises in accordance with the law and the evidence, together with legal interest from the date of judicial demand until paid, and all costs of these proceedings.

**PETITIONER FURTHER PRAYS** that this Honorable Court fix the fee for each and every expert witness that they may be required to call or use to establish a cause, nature and extent of their losses and damages and to tax the same as costs herein.

**PETITIONER FURTHER PRAYS** for trial by jury on all issues presented herein.

Respectfully submitted:

**SAUNDERS & CHABERT**

_/s/Henri M. Saunders_
HENRI M. SAUNDERS, LSBA No. 25236
SCOTTY E. CHABERT, JR., LSBA NO. 30434
CHEYENNE MOELLER, LSBA No. 35253
6525 Perkins Road
Baton Rouge, LA 70808
Telephone: (225) 771-8100
Facsimile: (225) 771-8101
hsaunders@saunderschabert.com
schabert@saunderschabert.com
cmoeller@saunderschabert.com